HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLAREE E. HOPPEL,

        Plaintiff,

   v.

PREMERA BLUE CROSS,

        Defendant.

CASE NO. C10-1686 RAJ

ORDER

This matter comes before the court *sua sponte*. On May 10, 2011, the court granted defendant's motion for summary judgment and entered judgment against plaintiff and in favor of defendant. Dkt. ## 52-53. On June 21, 2011, the court denied plaintiff's motion for reconsideration. Dkt. # 58. On April 24, 2013, the Court of Appeals affirmed this court's order granting summary judgment and denying reconsideration. Dkt. # 62. On November 5, 2013, the court denied plaintiff's motion for relief from judgment that was filed on October 15, 2013. Dkt. # 72.

Despite the fact that this case has been closed for over two years, plaintiff continues to file frivolous requests to this court. *See* Dkt. # 73 & Attachment to this order. This case is closed. The court has disregarded plaintiff's requests and will not consider any requests or further filings by plaintiff.

ORDER- 1

Dated this 24th day of December, 2013.

_____
The Honorable Richard A. Jones
United States District Judge